**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING GOVERNMENT'S** |
| | ) | **DISMISSAL OF PETITION FOR** |
| vs. | ) | **REVOCATION OF PROBATION** |
| | ) | |
| Maynard Keith St. John | ) | Case No. 1:06-cr-061 |
| | ) | |
| Defendant. | ) | |

Before the Court is the Government's "Dismissal of Petition for Revocation of Probation" filed on August 20, 2008.  See Docket No. 86.  On June 16, 2008, the Government filed a "Petition for Warrant or Summons for Offender Under Supervision."  See Docket No. 77.  The Government now moves the Court to dismiss the petition because the defendant is in satisfactory compliance with the terms and conditions of his supervision.  The Court **GRANTS** the Government's Dismissal of Petition for Revocation of Probation.  The revocation hearing scheduled for Monday, August 25, 2008, is **CANCELLED.**

**IT IS SO ORDERED.**

Dated this 21st day of August, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court